# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | )<br>)<br>) Case No. 2:24-cr-433-MHH-GMB |
| TERRENCE GAVAN PERRY, | )<br>)<br>)<br>) |

## MEMORANDUM OPINION AND ORDER

On August 13, 2025, the Magistrate Judge entered a report in which he recommended that the Court deem Mr. Perry's motion to sever moot and deny Mr. Perry's motion to dismiss for improper venue. (Doc. 89). The Magistrate Judge advised the parties of their right to file specific written objections within 14 days; to date, the Court has not received objections.

After consideration of the materials in the Court's electronic docket, the Court adopts the Magistrate Judge's report and accepts his recommendation. Accordingly, Mr. Perry's motion to sever is moot, and the Court denies Mr. Perry's motion to dismiss for improper venue. The Clerk of Court shall please TERM Docs. 84 and 89.

**DONE** and **ORDERED** this September 12, 2025.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE